COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  Hostler   David   C
       (Last)    (First)  (Initial)

Prisoner Number  T-43967

Institutional Address  SQRC Gym 219
San Quentin CA 94964

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA E-filing

Hostler
(Enter the full name of plaintiff in this action.)

vs.

CDCR Director Tilman
et al; Does 1-100
(Enter the full name of the defendant(s) in this action))

Case No. CV 08 0808
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  San Quentin

B.   Is there a grievance procedure in this institution?
     YES (✓)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES ( )   NO (✓)

D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                           - 1 -

1 | appeal at each level of review. If you did not pursue a certain level of appeal,
2 | explain why.
3 | 1. Informal appeal _____ N/a _____
4 |
5 | _____ N/a _____ 2. First
6 | formal level _____
7 |
8 |
9 | 3. Second formal level _____ N/a _____
10 |
11 | _____ N/a _____ 4 Third
12 | formal level _____
13 |
14 |
15 | E. Is the last level to which you appealed the highest level of appeal available to
16 | you?
17 | YES ( )   NO (✓)
18 | F. If you did not present your claim for review through the grievance procedure,
19 | explain why. _____ I am past my Release date _____
20 |
21 |
22 | II. Parties
23 | A. Write your name and your present address. Do the same for additional plaintiffs,
24 | if any.
25 | _____ David Hostler _____
26 | _____ P.O. Box 626   Hoopa Ca _____
27 | _____ 95546 _____
28 | B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                  - 2 -

```
 1              place of employment.
 2  _____CDCR Director Tillman_____
 3  _____
 4  _____
 5  _____
 6  _____III.
 7  Statement of Claim
 8       State here as briefly as possible the facts of your case. Be sure to describe how each
 9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11  separate numbered paragraph.
12  _____I was to be Released on_____
13  _____Jan 16, 2008. I was not_____
14  _____Released._____
15  _____
...
24  _____
25  IV.   Relief
26       Your complaint cannot go forward unless you request specific relief. State briefly exactly
27  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28  _____
```

COMPLAINT                           - 3 -

1  Monetary & Punitive Damages, Release if I
2  a still in Custody at trial. any
3  othe Remedy the Court sees Fit.

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this __28th__ day of __January__, 20_08_

11  _David Hostler_
12  (Plaintiff's signature)

COMPLAINT                        - 4 -

David Hostler T-43967
S.Q.S.P.
San Quentin, Ca. 94974-

Legal Mail

RECEIVED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C/O Court Clerk
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco Ca 94102