FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hostler            Plaintiff,

vs.

CDCR Director Tilman      Defendant.

CASE NO.  CV 08 0808  PJH (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, David Hostler, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Ø _____    Net: _____ Ø _____

Employer: _____ Ø _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Hoopa Valley Firehouse_____(2004)____$11.00 hr_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or           Yes ___  No ✓
10         self employment
11    b.   Income from stocks, bonds,        Yes ___  No ✓
12         or royalties?
13    c.   Rent payments?                    Yes ___  No ✓
14    d.   Pensions, annuities, or           Yes ___  No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments, Yes ___  No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/a_____
22  _____
23  3.   Are you married?                    Yes ___  No ✓
24  Spouse's Full Name: _____N/a_____
25  Spouse's Place of Employment: _____N/a_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____Ø_____ Net $_____Ø_____
28  4.   a.   List amount you contribute to your spouse's support:$ ____Ø____

1  b.  List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?      Yes ___ No ✓
8  Estimated Market Value: $_____∅_____ Amount of Mortgage: $_____∅_____
9  6.  Do you own an automobile?              Yes ___ No ✓
10  Make _____∅_____ Year _____∅_____ Model _____∅_____
11  Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12  Monthly Payment: $ _____∅_____
13  7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____∅_____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ _____∅_____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ___ No ✓
20  _____
21  8.  What are your monthly expenses?
22  Rent: $ _____∅_____ Utilities: _____∅_____
23  Food: $ _____∅_____ Clothing: _____∅_____
24  Charge Accounts:
25  Name of Account        Monthly Payment        Total Owed on This Acct.
26  _____∅_____ $_____∅_____ $_____∅_____
27  _____∅_____ $_____∅_____ $_____∅_____
28  _____∅_____ $_____∅_____ $_____∅_____ 9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/a

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

28th JAN 2008                    Daniel Hostler
DATE                             SIGNATURE OF APPLICANT