**FILED**

FEB 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

FEB 2 6 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

David C. Hostler, T-43961

San Quentin State Prison

San Quentin, CA 94964

08-808 PJH

Parole



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURNED TO SENDER

550
New

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

FILED

FEB - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name __Hostler    David    C__

    (Last)        (First)       (Initial)

Prisoner Number __T-43967__

Institutional Address __SQRC   Gym  219__
                  __San  Quentin  CA   94964__

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

E-filing

PJH

__Hostler__ )

(Enter the full name of plaintiff in this action.)

CV 08 0808

          vs. )

(To be provided by the clerk of court)

__CDCR Director Tilman__ )

__Et al;  Does 1-100__ )   **COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
               )   42 U.S.C §§ 1983

(PR)

               )
               )

(Enter the full name of the defendant(s) in this action)) )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.   Place of present confinement __San  Quentin__

    B.   Is there a grievance procedure in this institution?

        YES (✓)   NO ( )

    C.   Did you present the facts in your complaint for review through the grievance procedure?

        YES( )    NO (✓)

    D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT          - 1 -