UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID C. HOSTLER,

    Plaintiff,                          No. C 08-0808 PJH (PR)

   v.                                         **JUDGMENT**

TILMAN, CDCR Director,

    Defendant.
                              /

    A judgment of dismissal without prejudice is entered in favor of defendant and against plaintiff. Plaintiff shall take nothing by way of his complaint.

    **IT IS SO ORDERED**.

Dated: May 22, 2008.

                                                PHYLLIS J. HAMILTON
                                                United States District Judge

G:\PRO-SE\PJH\CR.08\HOSTLER0808.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID C HOSTLER,

          Plaintiff,

  v.

TILMAN et al,

          Defendant.

Case Number: CV08-00808 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David C. Hostler T-43967
San Quentin State Prison
Gym 219
San Quentin, CA 94964

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk